459

**No. 42559.**—Protests 258895–G, etc., of Joseph J. Aarons & Co., et al. (New York).

Opinion by Kincheloe, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 42560.**—Protest 995838–G of Oelschlaeger Bros. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel and on the authority of Abstract 42039 the hygrometers in question were held dutiable at 27½ percent under paragraph 372 as claimed.

**No. 42561.**—Protests 995406–G, etc., of Selsi Co., Inc. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of weather sets similar to those which were the subject of Abstract 42039.   The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 42562.**—Protests 872372–G, etc., of Fujima & Co., Inc., et al. (New York).

Opinion by Dallinger, J.   It was stipulated that the merchandise consists of bridge table pencil holders, paperweights, fly swatters, and salt and pepper shakers chiefly used on the table or in the household for utilitarian purposes. The claim at 40 percent under paragraph 339 was therefore sustained.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

**No. 42563.**—Protests 781593–G, etc., of F. W. Woolworth Co. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel bridge table pencil holders were held dutiable at 40 percent under paragraph 339. Bridge table pencil holders and bookends plated with silver were held dutiable at 50 percent under paragraph 339.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) cited.

**No. 42564.**—Protests 763073–G, etc., of Imoto Bros. et al. (New York).

Opinion by Dallinger, J.   In accordance with stipulation of counsel certain bookends and banks were held dutiable at 40 percent under paragraph 339. Bookends and bridge table pencil holders plated with silver were held dutiable at 50 percent under the same paragraph.   *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20), *United States* v. *Friedlaender* (21 id. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.